The Supreme Court docket number is SC 16489.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*Jeffrey T. Beatty*, in opposition.

Decided February 28, 2001

STATE OF CONNECTICUT *v.* CLYDE MEIKLE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 802 (AC 20516), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Martin Zeldis*, assistant public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided March 15, 2001

STATE OF CONNECTICUT *v.* MARCUS PRICE

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 417 (AC 18853), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Donald D. Dakers*, special public defender, in support of the petition.

*Eileen McCarthy Geel*, assistant state's attorney, in opposition.

Decided March 15, 2001